IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION


MARY ANNE HILL, on behalf of
ERNEST J. HILL, IV,                        :

    Plaintiff,                           :

vs.                                        :
                                                CIVIL ACTION 08-0590-CB-M
MICHAEL J. ASTRUE,                         :
Commissioner of
Social Security,                           :

    Defendant.                           :


ORDER


    After due and proper consideration of all pleadings in this
file, and there having been no objections filed, the
Recommendation of the Magistrate Judge made under 28 U.S.C. §
636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that the opinion of the commissioner be
REVERSED and that this action be REMANDED for further
administrative action not inconsistent with the Orders of this
Court.

    DONE this 25th day of June, 2009.



                        s/ Charles R. Butler, Jr.
                        **Senior United States District Judge**