```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

MARY ANNE HILL, on behalf of
ERNEST J. HILL, IV,                :

    Plaintiff,                 :

vs.                                :
                                     CIVIL ACTION 08-0590-CB-M

MICHAEL J. ASTRUE,                 :
Commissioner of
Social Security,                   :

    Defendant.                 :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Plaintiff Mary Anne Hill, on behalf of Ernest J. Hill, IV, and against Defendant Michael J. Astrue.

DONE this 25th day of June, 2009.

                                         _s/ Charles R. Butler, Jr._
                                         **Senior United States District Judge**