IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY ANNE HILL, o/b/o ERNEST J. HILL, IV, Plaintiff, vs. MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | CIVIL ACTION 08-0590-CB-M |

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's attorney's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED**, without objection, and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** an EAJA attorney's fee in the amount of $1,456.83.

DONE this 12th day of January, 2010.

                                                  <u>s/*Charles R. Butler, Jr.*</u>
                                                  SENIOR UNITED STATES DISTRICT JUDGE